UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI KHANAFER,

        Plaintiff,                  Case No: 05-72521

-vs-                                      HON. MARIANNE BATTANI
                                                 Magistrate Judge Komives

UNITED STATES OF AMERICA,

        Defendant.
_____/

## APPEARANCE

    NOW COMES attorney BEN M. GONEK and hereby enters his appearance as attorney of record for the plaintiff, Ali Khanafer, in this matter.

                                                  Respectfully submitted,

                                                    s/ Ben M. Gonek
                                                 BEN M. GONEK (P43716)
                                                 Attorney for Defendant
                                                 1300 Ford Building
                                                 615 Griswold
                                                 Detroit, Michigan 48226
                                                 (313) 963-3377

Dated: July 18, 2005