# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        CRIMINAL NO.   03-90031-01
        CIVIL CASE NO. 05-72521
        HON. MARIANNE O. BATTANI

ALI KHANAFER,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on December 16, 2005, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Defendant's motion to vacate, set aside, or correct his sentence is **DISMISSED.**

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

DATED: February 6, 2006

**CERTIFICATE OF SERVICE**

A Copy of this Order was served upon Ben M. Gonek, and Carl Gilmer-Hill,  on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt  
DEPUTY CLERK
